**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
|    Plaintiff, ) | No. 21-cr-00737-1 |
| ) | |
|        v. ) | |
| ) | Magistrate Judge Keri L. Holleb Hotaling |
| JOEL G. BRASCH, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

**ORDER**

Defendant Dr. Joel G. Brasch moves, without opposition from the Government or the United States Probation Office, for early termination of his two-year term of probation [Dkt. 21]. Defendant, who pleaded guilty to a misdemeanor, poses no apparent danger to the public and has served three-quarters of his term of supervised release, a sufficient sentence to avoid unwarranted sentencing disparities. He also has satisfied all financial obligations imposed at his sentencing and demonstrated acceptance of responsibility, and early termination serves the added substantial benefit of preserving the resources of the United States Probation Office. Accordingly, in its discretion under 18 U.S.C. § 3563(c), the Court grants the motion.

Dated: November 16, 2023

_____
Hon. Keri L. Holleb Hotaling,
United States Magistrate Judge